UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**KENNETH S. GARRETT,**

      **Plaintiff,**

v.                                   Case No.  6:23-cv-814-CEM-DCI

**DEPUTY L. HILL, LAURA BEDEDARD, D. RIGGINS, and FNU FIELDS,**

      **Defendants.**

_____/

**ORDER**

      THIS CAUSE is before the Court on review of the case file. On May 11, 2023, the Court struck Plaintiff's Application to Proceed *In Forma Pauperis* (Doc. 2) because it was unsigned, among other deficiencies. (Doc. 3). Plaintiff was ordered to either pay the filing fee or file a fully completed affidavit of indigency and a fully completed prisoner consent form within twenty-one days. (Doc. 3 at 1–2). The Order was mailed to Plaintiff's address on file, but was returned undeliverable, marked "not in custody, return to sender."

      Plaintiff is responsible for keeping his address current with the Court, which he acknowledged when he signed the Complaint. (Doc. 1 at 21). Therefore, due to Plaintiff's lack of prosecution in this matter, it is **ORDERED** and **ADJUDGED** that

this action is **DISMISSED without prejudice**. The Clerk shall terminate any pending motions and close this case.

**DONE** and **ORDERED** in Orlando, Florida on May 31, 2023.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Unrepresented Party